# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br> -vs- <br> SOLOMON VALLE-CHAVARRIA (1), Defendant. | Case No. 2:24-CR-00013-MKD-1 <br> **CRIMINAL MINUTES** <br> DATE: NOVEMBER 13, 2024 <br> LOCATION: SPOKANE <br> **CHANGE OF PLEA HEARING** |

**Honorable Mary K. Dimke**

| Cora Vargas | 02 | Bea Rump | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Lisa Cartier-Giroux for Caitlin Baunsgard | | Matthew Duggan | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ]  Open Court       [  ]  Chambers       [  ]  Video Conference

Defendant present in custody of the US Marshal and being assisted by the Court's certified Spanish Interpreter.

Original signed Plea Agreement provided to the Court.

Oath administered to defendant for change of plea.

Defendant confirmed his true and correct name and that he had previously been provided a copy of the charging document and Plea Agreement.

The Court advised defendant of rights given up by entering a guilty plea, including the right to a jury trial. The Court confirmed defendant's understanding of the elements and facts depicted in the Plea Agreement which would need to be proven to obtain a conviction. The Court advised defendant that he will be giving up certain rights to appeal.

Defendant pleaded guilty to Count 6 of the Indictment.

**Court**: a recess will be taken to allow defense counsel to discuss the factual basis contained in the Plea Agreement.

Recess:        12:25 p.m.
Reconvene:     1:00 p.m.

## [X]  ORDER FORTHCOMING

| CONVENED: | 12:01 P.M. <br> 1:04 P.M. | ADJOURNED: | 12:25 P.M. <br> 1:08 P.M. | TIME: | 0:28 HR. | CALENDARED | [X] |
|---|---|---|---|---|---|---|---|

The Court engaged the defendant in a colloquy regarding the factual basis contained in the Plea Agreement. Defendant pleaded guilty to Count 6 of the Indictment and the Court accepted his plea. The Court found the defendant to be fully competent and aware of the charges against him, and that he knowingly and voluntarily entered into the Plea Agreement.

The Court ordered a Presentence Investigation Report be prepared by United States Probation and set sentencing for **03/12/2025 at 11:00 a.m. in Spokane**.